**SIGNED.**

Dated: March 26, 2010



_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>GLOBAL AIRCRAFT SOLUTIONS, INC., et al.,<br><br>                      Debtors.<br><br>THIS FILING APPLIES TO:<br><br>[  ] ALL DEBTORS<br>[X] SPECIFIED DEBTORS<br><br>[  ] GLOBAL AIRCRAFT SOLUTIONS, INC.<br>[X] HAMILTON AEROSPACE TECHNOLOGIES, INC.<br>[  ] WORLD JET CORPORATION<br>[  ] HAMILTON AEROSPACE MEXICO S.A. de C.V.<br><br>HAMILTON AEROSPACE TECHNOLOGIES, INC.,<br><br>                      Plaintiff,<br>vs.<br><br>THE LEADING EDGE GROUP LLC,<br><br>                      Defendant | Chapter 11<br><br>No. 4-09-bk-01655-JMM<br>(Jointly Administered)<br><br>Adversary No. 4:09-ap-00609-JMM<br><br>**MEMORANDUM DECISION** |

      Before the court are two matters:

      1.     Plaintiff's application for attorneys' fees and costs (DN 23), and Defendant's objection thereto; and

      2.     Defendant's motion for "reconsideration" (DN 25). This court will treat it as a FED. R. CIV. P. 60 motion.

1    Defendant has raised no substantive objection to any portion of Plaintiff's attorney fee
2 application. Review by the court reflects no unnecessary or unreasonable sums. Sadly, litigation
3 is an expensive pursuit. The fees and costs will be GRANTED, as prayed for.
4    Concerning the Rule 60 motion, the court finds and concludes that the issue raised was
5 not within the scope of the parties' joint pretrial statement, and presents an entirely new issue not
6 otherwise raised in the context of this adversary proceeding. Consequently, no basis exists, under
7 Rule 60, to set aside the court's ruling.[1]
8    All matters have now been fully disposed. Accordingly, the hearing set for April 19,
9 2010, at 9;15 a.m. is unnecessary, and VACATED.
10    Counsel for Plaintiff shall present a form of judgment within 15 days.
11
12    DATED AND SIGNED ABOVE.
13
14 Copies to be sent by the Bankruptcy Notification
Center ("BNC") to the following:
15
Anthony Austin, Attorney for Plaintiff
16
Rob Charles, Attorney for Plaintiff
17
C. Randall Stone, Attorney for Defendant
18
Office of the U.S. Trustee
19

---

[1] Moreover, to the extent that it attempts to do so, Leading Edge has no legal standing to act or speak for Forrester State Bank, which is not a party to this adversary.